PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-44877 RN** |
| **SIGURD LEOPOLD SZERLIP and** | **Chapter 13** |
| **PATRICIA JEAN SZERLIP,** | |
| | **DECLARATION OF DEBTOR IN** |
| **Debtors.** | **SUPPORT OF DEBTORS' MOTION TO** |
| | **VALUE LIENS** |

I, Sigurd Szerlip, declare:

    1. I am one of the debtors in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on June 4, 2009, I was the owner of the real property located at 682 30th Street, Richmond, CA 94804 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $290,000.00. On May 22, 2009, I had the property appraised by Douglas G. Brown of Appraisal Partners. A copy of the appraisal, which reflects a fair market value of $290,000.00, is attached hereto as Exhibit A and made a part hereof.

5. The property is encumbered by a First Deed of Trust in favor of First Horizon Home Loans as division of First Tennessee Bank National Association in the sum of $433,229.57, as evidenced by its proof of claim filed on August 19, 2009, a copy of which is attached as Exhibit B and made a part hereof.

6. Wells Fargo Bank, NA is the beneficiary of a Second Deed of Trust against the property in the principal sum of $125,000.00, as evidenced by my Schedule D, a copy of which is attached as Exhibit C and made a part hereof. A proof of claim filed on June 26, 2009 by Wells Fargo Bank, NA in the sum of $191,504.22 encompasses the amount owed to Wells Fargo Bank, NA for both the Second and Third Deeds of Trust, a copy of which is attached as Exhibit D and made a part hereof.

7. Wells Fargo Bank, NA is the beneficiary of a Third Deed of Trust against the property in the principal sum of $63,796.00, as evidenced by my Schedule D, a copy of which is attached as Exhibit C and made a part hereof. A proof of claim filed on June 26, 2009 by Wells Fargo Bank, NA in the sum of $191,504.22 encompasses the amount owed to Wells Fargo Bank, NA for both the Second and Third Deeds of Trust, a copy of which is attached as Exhibit D and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 19, 2011          /s/  Sigurd Szerlip
                               SIGURD SZERLIP

Case: 09-44877   Doc# 14-2   Filed: 04/20/11   Entered: 04/20/11 11:34:22   Page 2 of 2