Entered on Docket
May 16, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed May 16, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors

6

7                  UNITED STATES BANKRUPTCY COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9  In re:                            Case No. 09-44877 WJL

10 **SIGURD LEOPOLD SZERLIP and**    Chapter 13
   **PATRICIA JEAN SZERLIP,**
11

12              Debtors.             ORDER VALUING LIENS OF WELLS
                                     FARGO BANK, NA
13 _____/   _____

14      On April 20, 2011, Sigurd and Patricia Szerlip (hereinafter

15 Debtors) served a motion to value the liens of Wells Fargo Bank, NA

16 (hereinafter Lienholder) against the property commonly known as 682

17 30th Street, Richmond, CA 94804, which liens were recorded in Contra

18 Costa County on or about June 1, 2005 as document 0196780-00

19 (hereinafter the Liens).

20      The court finds that notice of the motion upon Lienholder was

21 proper. Lienholder having failed to file timely opposition to Debtors'

22 motion, the court hereby orders as follows:

23      (1) For purposes of Debtors' chapter 13 plan only, the Liens are

24 valued at zero, Lienholder does not have a secured claim, and the

25 Liens may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2)

26 and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Liens shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Liens.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Liens shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Liens.

(5) Except as provided by separate, subsequent order of this court, the Liens may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Law Offices of Patrick L. Forte |
| 3 | One Kaiser Plaza, Suite 480<br>Oakland, CA 94612 |
| 4 | |
| 5 | Sigurd & Patricia Szerlip<br>682 30th Street<br>Richmond, CA 94804 |
| 6 | |
| 7 | Attn: Officer<br>Wells Fargo Bank, National Association |
| 8 | 101 N Phillips Avenue<br>Sioux Falls, SD 57104 |
| 9 | |
| 10 | Attn: Officer<br>Wells Fargo Bank, National Association<br>C/o CSC – Lawyers Incorporating Service |
| 11 | 2730 Gateway Oaks Dr.<br>Suite 100 |
| 12 | Sacramento, CA 95833 |
| 13 | Attn: Officer |
| 14 | Wells Fargo Bank, NA<br>PO Box 14469 MAC X2303-01M<br>Des Moines, IA 50306-9655 |
| 15 | |
| 16 | Attn: Officer or Managing Agent<br>First Horizon Home Loan Corporation |
| 17 | 4000 Horizon Way MC 1123<br>Irving, TX 75063 |
| 18 | |
| 19 | Attn: Officer or Managing Agent<br>First Horizon Home Loan Corporation<br>C/o CT Corporation System |
| 20 | 818 W 7th Street<br>Los Angeles, 90017 |
| 21 | |
| 22 | Attn: Officer or Managing Agent<br>First Horizon Home Loans a division of First Tennessee Bank National<br>Association |
| 23 | C/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue |
| 24 | San Diego, CA 92101 |
| 25 | Attn: Ramesh Singh<br>GE Money Bank |
| 26 | C/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |