```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed May 2, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-44877 WJL |
| **SIGURD LEOPOLD SZERLIP and PATRICIA JEAN SZERLIP,** | Chapter 13 |
| Debtors.          / | ORDER MODIFYING CHAPTER 13 PLAN |

The above named debtors having served an Amended Motion to Modify Chapter 13 Plan on April 9, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows: Debtors do not elect to have the property of the estate described below revest in the Debtors upon confirmation of the plan. This plan modification pertains solely to the real property located at 682 30th Street, Richmond, CA 94804 and the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to the post petition mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer
Wells Fargo Bank, NA
101 N Phillips Avenue
Sioux Falls, SD 57104

Attn: Officer
Wells Fargo Bank, NA
C/o CSC
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Attn: Officer or Managing Agent
First Horizon Home Loan Corporation
4000 Horizon Way, MC 1123
Irving, TX 75063

Attn: Officer or Managing Agent
First Horizon Home Loan Corporation
C/o CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017